FILED
ENTERED
LOGGED _____ RECEIVED

OCT 09 2020

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. PX-19-0077 |
| Yousef Bishara | * | |

******

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _____Charles Curlett, Jr._____, and the Government was represented by Assistant United States Attorney _____Jessee Alexander-Hoeppner_____, it is

**ORDERED**, this __9th__ day of _____October,_____ __2020__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
J. Mark Coulson
United States Magistrate Judge