2017R00826

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  PX-19-cr-77 |
| YOUSEF BISHARA | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    YOUSEF BISHARA                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ☑ Superseding Indictment    ❏ Information    ❏ Superseding Information    ❏ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

    18 USC 1343 - Wire Fraud
    18 USC 1349 - Conspiracy to Commit Wire Fraud

Date:  9/25/19

_____
*Issuing officer's signature*

City and state:    Greenbelt, Maryland

Thomas M. DiGirolamo, US Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  YOUSEF BISHARA

Known aliases: _____

Last known residence:  Israel _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex:  Male _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____
_____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____
_____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:  FBI _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____
_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____
_____